FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 21 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           Plaintiff, <br> vs. <br> Hector Hugo Gonzalez, Jr. <br>           Defendant. | Case No.: SACR 16-00013 AG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of CA_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background information and bail resources unknown; instant allegations; outstanding DMV issues_

1
2
3      and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __prior criminal history;__ __instant allegations including use of controlled__ __substances__

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __3/21/16__

_/s/ Karen E. Scott_
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE